IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00006-MSK

HIGH PLAINS BANK - FLAGLER,

    Plaintiff,

v.

THE ADDLEMAN FAMILY PARTNERSHIP, c/o General Partner,

    Defendant.

## ORDER OF REMAND

    THIS MATTER has come before the Court on a document entitled "Notice of Removal." The Court has reviewed such pleading and FINDS that it fails to establish that this action is subject to removal pursuant to 18 U.S.C. §1441.

    **IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Elbert County District Court.

    DATED this 8th day of January, 2009.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge